# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                      CASE NO. 8:05-CR-522-T-17-TGW

JOHN ANDREW DOCAMPO, JR.
_____/

## ORDER

This cause comes before the Court on the defendant's motion to dismiss indictment for speedy trial violation (Docket No. 47) and the government's response (Docket No. 48). The government concedes that Counts I and II of the superseding indictment should be dismissed as to this defendant only. The government opposes dismissal with prejudice and further opposes dismissal of Count III. The Court agrees with the response of the government. Accordingly, it is

**ORDERED** that the defendant's motion to dismiss indictment for speedy trial violation (Docket No. 47) be **granted without prejudice** as to Counts I and II of the superseding indictment but **denied** as to Count III of the superseding indictment.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 27th day of February, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record