**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                               CASE NO. 8:05-CR-522-T-17-TGW

JOHN ANDREW DOCAMPO, JR.
_____/

### ORDER

This cause comes before the Court on the defendant's motion for judgment of acquittal, after guilty veridct (Docket No. 197) and the response thereto (Docket No. 199).  The Court finds the response to be well taken and it is incorporated by reference herein.  Accordingly, it is.

**ORDERED** that defendant's motion be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 13th day of June, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record