**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                 CASE NO. 8:05-CR-522-T-17-TGW

JOHN ANDREW DOCAMPO, JR.
_____/

## ORDER

This cause comes before the Court on the defendant's motion for release pending appeal and supplement thereto (Docket Nos. 271 and 272) and response from the government (Docket No. 277).  The Court has also considered the trial proceedings and sentencing proceedings, which established to the Court's satisfaction the danger to the community at large demonstrated by Defendant's conviction of a crime involving violence and his selelction of youthful associations in the pursuit of his criminal activity.  The Court finds the response of the government and the trial and sentencing proceedings persuasive and incorporates the government's response herein.  Accordingly, it is.

**ORDERED** that defendant's motion for release pending appeal (Docket No. 271) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 13th day of May, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record