UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No.: 8:05-cr-522-T-17TGW

JOHN ANDREW DOCAMPO, JR.

_____

## ORDER GRANTING MOTION FOR SENTENCE REDUCTION

Before the Court is the unopposed motion for sentence reduction (the "Motion") (Doc. No. 320) filed by the Defendant, John Docampo, Jr. The Court received a memorandum from the United States Probation Office finding that the Defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 for Counts 1 and 3. *Memorandum*, Doc. No. 316 at 1. The Probation Office calculated the Defendant's amended guideline imprisonment range for these counts to be 151 to 188 months. *Id.* The Court has reviewed the relevant record in this case, and finds that the Defendant is entitled to a sentence reduction. The Court agrees with the Defendant's request, which was made without objection by the Government, to reduce his sentence for Counts 1 and 3 to 169 months.

**(Space left intentionally blank.)**

*Continued in case 8:05-cr-00522-EAK-TGW*

Accordingly, it is **ORDERED** that the Motion is **GRANTED**. The Defendant's previously imposed sentence of imprisonment for Counts 1 and 3 is **REDUCED** to 169 months or time served, whichever is greater.  See USSG § 1B1.10(b)(2)(C).  The previously imposed consecutive term of sixty months' imprisonment as to Count 2 remains as a condition of the Defendant's sentence.

**DONE** and **ORDERED** in Tampa, Florida this 23rd day of March, 2017.

ELIZABETH A. KOVACHEVICH
U.S. DISTRICT JUDGE

Copies furnished to:
Counsel of Record
US Probation
Defendant